UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| DARIOUS AND LAQISHA EDWARDS | ) CASE NO.  07-21557 |
| | ) CHAPTER 13 |
| DEBTORS | ) |

### MOTION FOR DEPOSIT OF FUNDS
### INTO U. S. TREASURY FUND 6047BK

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $173.57 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That a proof of claim was filed by Flatiron Financial Services on June 27, 2007.
3. That your Trustee sent payment in the amount of $173.57 on said claim in July 2009.
4. That said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $173.57 into U.S. Treasury Fund 6047BK on behalf of Flatiron Financial Services whose last known address was P.O. Box 462559, Aurora, CO 80045-2559.

/s/   Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

### CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2009 service of a true and complete copy of the above and foregoing pleading or document was made upon the U.S. Trustee and the debtor's attorney electronically and the debtor by First Class Mail as stated below

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Debtor- Darious and Laquisha Edwards, 9439 Southmoor Avenue, Apt. 3, Highland, IN 46322